ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
NICHOLAS E. BELAY, ESQ.
Nevada Bar No. 15175
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email:  ariel.stern@akerman.com
Email:  natalie.winslow@akerman.com
Email:  nicholas.belay@akerman.com

*Attorneys for The Bank of New York Mellon fka The Bank of New York as Trustee for The Certificate Holders of CWMBS, Inc. CHL Mortgage Pass Through Certificates Series 2005-14*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT MOORE, an individual,<br><br>             Plaintiff,<br><br>v.<br><br>PRESTIGE DEFAULT SERVICES, LLC, is a foreign limited liability company; THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF CWMBS, INC. CHL MORTGAGE PASS THROUGH CERTIFICATES SERIES 2005-14; ALL PERSONS UNKNOWN CLAIMING ANY LEGAL OR EQUITABLE RIGHT, TITLE OR LIEN OR INTEREST IN THE PROPERTY DESCRIBED IN THE COMPLAINT ADVERSE TO THE PLAINTIFF'S TITLE OR ANY CLOUD ON PLAINTIFF'S TITLE THERETO; DOES 1 through 5; and Roes 6 through 10,<br><br>             Defendants. | Case No. 2:23-cv-01191-GMN-EJY<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE**<br><br>**(FIRST REQUEST)** |

1. Plaintiff Robert W. Moore, and Defendant The Bank of New York Mellon fka The Bank of New York as Trustee for The Certificate Holders of CWMBS, Inc. CHL Mortgage Pass Through Certificates Series 2005-14 (**BoNYM**), hereby stipulate that Moore shall have up to and including **December 15, 2023**, to file his response to BoNYM's motion to dismiss, which is currently due on December 6, 2023, pursuant to ECF No. 14. The parties are also in agreement that BoNYM shall have up to and including **January 5, 2024**, to file its reply. The motion to dismiss was filed on November 22, 2023.

This is the parties' first request for an extension of this deadline and is not intended to cause any delay or prejudice to any party.

DATED this 5th day of December, 2023.

| **AKERMAN LLP**<br><br>/s/ Natalie L. Winslow<br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>NATALIE L. WINSLOW, ESQ.<br>Nevada Bar No. 12125<br>NICHOLAS E. BELAY, ESQ.<br>Nevada Bar No. 15175<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br><br>*Attorneys for The Bank of New York Mellon fka The Bank of New York as Trustee for The Certificate Holders of CWMBS, Inc. CHL Mortgage Pass Through Certificates Series 2005-14* | /s/ Robert W. Moore<br>ROBERT W. MOORE<br>7416 Oak Grove Avenue<br>Las Vegas, NV 89117<br><br>*Pro Se* |

**ORDER**

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT COURT JUDGE**

DATED: December 5, 2023

2