ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
SCOTT R. LACHMAN, ESQ.
Nevada Bar NO.  12016
NICHOLAS E. BELAY, ESQ.
Nevada Bar No. 15175
**AKERMAN LLP**
1180 North Town Center, Suite 290
Las Vegas, NV 89144
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email:  ariel.stern@akerman.com
Email:  scott.lachman@akerman.com
Email:  nicholas.belay@akerman.com

*Attorneys for The Bank of New York Mellon fka The Bank of New York as Trustee for The Certificate Holders of CWMBS, Inc. CHL Mortgage Pass Through Certificates Series 2005-14*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT MOORE, an individual, | Case No.:    2:23-cv-01191-GMN-EJY |
| Plaintiff, | |
| v. | **MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** |
| PRESTIGE DEFAULT SERVICES, LLC, is a foreign limited liability company; THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF CWMBS, INC. CHL MORTGAGE PASS THROUGH CERTIFICATES SERIES 2005-14; ALL PERSONS UNKNOWN CLAIMING ANY LEGAL OR EQUITABLE RIGHT, TITLE OR LIEN OR INTEREST IN THE PROPERTY DESCRIBED IN THE COMPLAINT ADVERSE TO THE PLAINTIFF'S TITLE OR ANY CLOUD ON PLAINTIFF'S TITLE THERETO; DOES 1 through 5; and Roes 6 through 10, | |
| Defendants. | |

**TO:    ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Natalie L. Winslow, Esq. is no longer associated with the law firm of Akerman LLP, and counsel requests that Ms. Winslow be removed from the service list.

Akerman LLP continues to serve as counsel for The Bank of New York Mellon fka The Bank of New York as Trustee for The Certificate Holders of CWMBS, Inc. CHL Mortgage Pass Through Certificates Series 2005-14.    All items, including, but not limited to, pleadings, papers, correspondence, documents and future notices in this action should continue to be directed to Ariel E. Stern, Esq., Scott R. Lachman and Nicholas E. Belay, Esq.

DATED this 6th day of February 2025.

**AKERMAN LLP**

*/s/ Scott Lachman*
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
SCOTT R. LACHMAN, ESQ.
Nevada Bar NO.  12016
NICHOLAS E. BELAY, ESQ.
Nevada Bar No. 15175
1180 North Town Center, Suite 290
Las Vegas, NV 89144

*Attorneys for The Bank of New York Mellon fka The Bank of New York as Trustee for The Certificate Holders of CWMBS, Inc. CHL Mortgage Pass Through Certificates Series 2005-14*

IT IS SO ORDERED.

U.S. MAGISTRATE JUDGE

Date:  February 6, 2025

2